**Henry J. LANGER, Appellant**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

**No. 13–2177.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 29, 2013.

Filed: Dec. 3, 2013.

Henry J. Langer, Edina, MN, pro se.

Joan I. Oppenheimer, Kenneth W. Rosenberg, Gilbert Steven Rothenberg, Deputy Assistant Attorney General, U.S. Department of Justice, William Wilkins, Internal Revenue Service, Washington, DC, for Appellee.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Henry Langer appeals the tax court's [1] adverse grant of summary judgment in this collection action. Upon careful de novo review, *see Cox v. Comm'r,* 121 F.3d 390, 391 (8th Cir.1997) (standard of review), we agree with the reasoning and conclusions of the tax court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Lewis R. Carluzzo, United   States Tax Court Judge.